IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBYN MEREDITH, INC.                        :        CIVIL ACTION
            Plaintiff                         :
                                                :
     v.                                         :
                                                :
LASTER, SAMANS & LEVIN, INC., d/b/a          :
L.S.&L. INSURANCE GROUP                       :
          Defendant                        :        NO. 02-CV-3780

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Laster, Samans & Levin, Inc. in the above-

captioned matter.

MARSHALL, DENNEHEY, WARNER, COLEMAN
& GOGGIN

BY:_____
       BUTLER BUCHANAN, III, ESQUIRE
       1845 Walnut Street
       Philadelphia, PA   19103
       (215) 575-2661
       Attorney for Defendant Laster, Samans & Levin, Inc.

Dated:  July 22, 2002

\01_17\LIAB\BYB\LLPG\187120\BYC\19180\01613