IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN MEREDITH, INC. | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | |
| LASTER, SAMANS & LEVIN, INC. | : | NO. 02-CV-3780 |

**O R D E R**

AND NOW, this            day of October, 2002, IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Jacob P. Hart, for the purposes of conducting a **SETTLEMENT CONFERENCE.** Counsel shall contact Judge Hart's chambers (215-597-2733) within one week of the date of this Order to schedule a conference at Judge Hart's convenience.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

COPIES FAXED TO:
JUDGE JACOB P. HART  580-2163