IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN MEREDITH, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LASTER, SAMANS & LEVIN, INC., | : | NO. 02-3780 |

### **O R D E R**

        AND NOW, this 4th day of December, 2002, IT IS HEREBY ORDERED that a settlement conference in the above-captioned matter will be held before the Hon. Jacob P. Hart on MONDAY, DECEMBER 9, 2002, at 10:00 a.m., in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

        The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the court, the party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

 

DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies handed to counsel in chambers