IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN MEREDITH, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LASTER, SAMANS & LEVIN, INC., | : | NO. 02-3780 |

**O R D E R**

        AND NOW, this 14th day of January, 2003, IT IS HEREBY ORDERED that a settlement conference in the above-captioned matter will be held before the Hon. Jacob P. Hart on TUESDAY, JANUARY 29, 2003, at 10:00 a.m., in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

        The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person.

DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART